**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:24-cv-3124-NYW-KAS

ANTHONY HOOKS II,

Plaintiff,

v.

DEEP SEAS, LLC,

Defendant.

---

**ENTRY OF APPEARANCE - ELIZABETH ("LIBBY") RHIANNON VALENZUELA**

---

Please take notice that Elizabeth ("Libby") Rhiannon Valenzuela of the law firm Littler Mendelson, P.C., enters her appearance on behalf of Defendant Deep Sees, LLC. Ms. Valenzuela certifies that she is a member in good standing of the bar of this Court.

Respectfully submitted this 16th day of December 2024.

*s/ Libby Valenzuela*
Elizabeth ("Libby") Rhiannon Valenzuela
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Tele: (303) 629-6200
Email: lvalenzuela@littler.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December 2024, I electronically filed and served the foregoing **ENTRY OF APPEARANCE - ELIZABETH ("LIBBY") RHIANNON VALENZUELA** with the Clerk of Court using the CM/ECF system and to the following:

David H. Wollins,
David H. Wollins, P.C.
950 South Cherry Street, Suite 512
Denver, CO 80246
Telephone: 303.758.8900
Email: dhwollins@dhwpc-law.com

*Attorney for Plaintiff*

*s/ Meri Pincock*
Meri Pincock, Legal Secretary